# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## AMENDED CIVIL MINUTES - GENERAL

CASE NO.:   CV-08-7989-R                               DATE: Sept. 16, 2009

TITLE: FIESTA FABRICS INC -V- SPENCER ALEXIS INC
================================================================
PRESENT:

HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

Not present                               Not present

PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be dismissed for failure to prosecute

THIS MATTER IS SET ON CALENDAR FOR HEARING ON SEPT. 28, 2009 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF THE PLAINTIFF TO MOVE FOR DEFAULT JUDGMENT OF THE DEFAULTED DEFENDANT.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

MINUTES FORM II                                            Initials of Deputy Clerk__WH____
CIVIL - GEN                          D-M